UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 10-CV-2147 (RMC) |
| FUNDS TOTALING $496,505.34, *etc.* | : |
| Defendant. | : |

## PARTIAL DEFAULT JUDGMENT AND FINAL ORDER OF FORFEITURE

This matter came before the Court on the plaintiff's Motion for Entry of a Partial Default Judgment and for Final Order of Forfeiture. The Court has received no pleading in opposition to plaintiff's motion; therefore, before granting the requested relief, the Court has fully examined this case's record.

On December 17, 2010, the plaintiff United States government commenced this civil action *in rem* against what it identified as four defendant properties. Pursuant to 18 U.S.C. § 981, the government sought to forfeit the defendant properties on the ground that they constituted the proceeds of wire fraud, conspiracy to commit wire fraud, securities fraud, and the unlawful sale of unregistered securities. The complaint alleged the existence of unlawful "Ponzi-style" or "pyramid" schemes, which swindled millions of dollars out of victims who sent money to the schemes' operators. In summary, the defendant property is approximately $ 496,505.34 in funds from one bank account seized by the government pursuant to a warrant. A more specific description of the defendant property is as follows:

> Funds totaling $496,505.34, a part of the funds subject to seizure on August 1, 2008, pursuant to a warrant issued in case 1:08-mj-465-AK, to seize funds in account number 005483933016 at Bank of America, in the name of Thomas A. Bowdoin, Jr., sole proprietor, DBA AdSurfDaily, and which sum the bank paid to the United States Secret Service on or

about March 11, 2009.

In this action, the United States sought forfeiture of three additional defendant properties: (1) Funds totaling $96,525.47 seized from bank accounts in the name of Robyn Lynn LLC; (2) Funds totaling $153,087.28 seized from a bank account in the name of *Carpe Diem* or Erma Seabaugh; and (3) Funds totaling $48,600.00, which were turned over to the United States Secret Service. On December 19, 2011, a Partial Default Judgment and Final Order of Forfeiture was entered for these three defendant properties.

There is a record of contested litigation in this action with respect to the remaining property, as initially Thomas A. Bowdoin, Jr. and AdSurfDaily, Inc. filed an opposition to forfeiture of this property, and this Court stayed litigation of plaintiff's claim for forfeiture of the property. However, on August 22, 2012, the claimants withdrew their claim of interest to the defendant property. As such, on September 3, 2012, plaintiff filed an Affidavit in Support of Partial Default, and on September 10, 2012, the Clerk of Court entered a default for this defendant property. Thereafter, plaintiff filed its Motion for Entry of a Partial Default Judgment and for Final Order of Forfeiture. Based upon the statements in the default affidavit, the reasons in the government's motion, and facts in the entire record herein, the Court finds that:

(1) Process was fully issued in this action with respect to the defendant *in rem* and was returned according to law; the defendant was personally served with process on January 3, 2011, and this is set forth in the documents filed as Docket Entry Number 14;

(2) All notice by publication and to known potential claimants was properly given, as required by law;

(3) On September 10, 2012, the Clerk of Court entered a partial default for failure to state a claim with respect to the defendant *in rem*; and

(4) No defense to the forfeiture of the defendant *in rem* remains or was interposed, and that a legal and factual basis for its forfeiture exists as set forth in the complaint and has been established before the Court since the filing of the complaint.

Therefore, based upon these findings, the applicable law, and the entire record herein, it is by the Court

**ORDERED**, that Plaintiff's Motion for Entry of a Partial Default Judgment and for Final Order of Forfeiture is **GRANTED**; it is further

**ORDERED**, that the default of all persons interested in the defendant *in rem*, described above be noted, having been previously entered; and it is further

**ORDERED, ADJUDGED, AND DECREED** that the defendant *in rem*, described more fully above in this order, and specifically being that proceeded against in the original complaint for forfeiture *in rem*, that is,

> Funds totaling $496,505.34, a part of the funds subject to seizure on August 1, 2008, pursuant to a warrant issued in case 1:08-mj-465-AK, to seize funds in account number 005483933016 at Bank of America, in the name of Thomas A. Bowdoin, Jr., sole proprietor, DBA AdSurfDaily, and which sum the bank paid to the United States Secret Service on or about March 11, 2009.

be and the same **HEREBY ARE DECLARED FORFEITED TO THE UNITED STATES OF AMERICA**, and title to the defendant property is vested in the United States, to be disposed of in accordance with law; and that no right, title, or interest in the defendant property shall exist in any other party.

**ORDERED**, that the Clerk of the Court is directed to send two certified copies of this Default Judgment And Final Order Of Forfeiture to plaintiff's counsel of record, Assistant United States Attorney Catherine K. Connelly, Asset Forfeiture and Money Laundering Section, 555 Fourth Street, N.W., 4th Floor, Washington, D.C. 20530; and it is further

***ORDERED***, that the Clerk of the Court may close this matter.

Dated this ___19___ day of September 2012.


SO ORDERED:


_____
ROSEMARY M. COLLYER
UNITED STATES DISTRICT JUDGE